# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 9, 2014

Lyle W. Cayce
Clerk

No. 14-30407

CAMILLA BARLOW, Individually and on behalf of those similarly situated,

> Plaintiff - Appellant

v.

SAFETY NATIONAL CASUALTY CORPORATION; SINGLETARY ; ASSOCIATES, A.P.L.C.; FINANCIAL RECOVERY AGENCY, INCORPORATED; COMMERCIAL SURETY CONSULTANTS, INCORPORATED; SINGLETARY; ASSOCIATES, A PROFESSIONAL LAW CORPORATION, a collection agency,

> Defendants - Appellees

---

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:11–cv–00236

---

Before STEWART, Chief Judge, and BARKSDALE and GRAVES, Circuit Judges.

PER CURIAM:*

Defendants were awarded summary judgment in this Fair Debt Collection Practices Act action. 15 U.S.C. § 1692e *et seq.* Camilla Barlow

---

\* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 14-30407

challenges only the summary judgment awarded in favor of two of them, and relies primarily on only one of the claims raised in district court: that they misrepresented the debt Barlow owed, in violation of 15 U.S.C. § 1692e(2)(A). (Because of inadequate briefing, this claim is arguably waived.)  Having reviewed the briefs, the record, and the applicable law, and essentially for the reasons stated by the district court, *Barlow v. Safety Nat'l. Cas. Corp.*, No. 3:11–cv–00236, 2014 WL 1327922 (M.D. La. 31 Mar. 2014), the judgment is AFFIRMED.